■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES ZEIGLER, Also Known as CHARLES F. ZEIGLER, JR., Appellant. [656 NYS2d 869] —Judgment, Supreme Court, New York County (Rena Uviller, J., on motions; Juanita Bing Newton, J., at plea and sentence), rendered September 21, 1994, convicting defendant of criminal sale of a controlled substance in the third degree and absconding in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 4¹/₂ to 9 years and 2 to 4 years, respectively, unanimously affirmed.

Defendant's request for new assigned counsel was properly denied, since defendant failed to establish good cause for such substitution (*People v Sides*, 75 NY2d 822). On the existing record, we conclude that defendant received effective assistance of counsel in connection with his knowing, intelligent and voluntary plea of guilty (*People v Ford*, 86 NY2d 397, 404). The court's summary denial of defendant's suppression motions was proper (*People v Mendoza*, 82 NY2d 415, 430), and we reject defendant's suggestion that *Mendoza* should not be applied to this case (*see, People v Hill*, 85 NY2d 256). Defendant's remaining contentions are without merit. Concur—Sullivan, J. P., Rosenberger, Wallach, Nardelli and Williams, JJ.